# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN

ANDREW LONGUSKI,

    Plaintiff,

v

RYAN AKERS and GARY DEMERS,

    Defendants.

NO. 2:19-190

HON. PAUL L. MALONEY

MAG. MAARTEN VERMAAT

---

**Julie A. Gafkay (P53680)**
Gafkay Law, PLC
Attorney for Plaintiff
175 S. Main Street
Frankenmuth, MI 48734
(989) 652-9240
jgafkay@gafkaylaw.com

**James T. Farrell (P35400)**
Assistant Attorney General
Attorney for Defendant Demers
Michigan Dept. of Attorney General
MDOC Division
P.O. Box 30217
Lansing, MI 48909
(517) 335-3055
farrellj@michigan.gov

---

## STIPULATED ORDER EXTENDING DEADLINE FOR DEFENDANT DEMERS TO RESPOND TO THE COMPLAINT

Based on the stipulation of the parties,

It is **ORDERED** that defendant, MSP D/Sgt Gary Demers, shall file a response to plaintiff's complaint by December 20, 2019.

Date: December 3, 2019

*/s/ Maarten Vermaat*
Maarten Vermaat
U.S. Magistrate Judge

Stipulated to by:

*/s/ Julie A. Gafkay (with permission)*
Julie A. Gafkay (P53680)
Gafkay Law, PLC
Attorney for Plaintiff

*/s/ James T. Farrell*
James T. Farrell (P35400)
Michigan Dept. of Attorney General
Attorney for Defendant Demers