UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

ANDREW LONGUSKI,

    Plaintiff,

                              No. 2:19-cv-00190

v

                              HON. PAUL L. MALONEY

RYAN AKERS and
GARY DEMERS,               MAG. MAARTEN VERMAAT

    Defendants.

---

| | |
|---|---|
| Julie A. Gafkay<br>Attorney for Plaintiff<br>Gafkay Law, PLC<br>175 S. Main Street<br>Frankenmuth, MI 48734<br>(989) 652-9240<br>jgafkay@gafkaylaw.com<br>P58680 | John G. Fedynsky (P65232)<br>Andrew Jurgensen (P81123)<br>Assistant Attorneys General<br>Attorneys for Defendant Akers<br>Michigan Dep't of Attorney General<br>State Operations Division<br>P.O. Box 30754<br>Lansing, MI 48909<br>fedynskyj@michigan.gov<br>froehlichj1@michigan.gov<br><br>James T. Farrell (P35400)<br>Assistant Attorney General<br>Attorney for Defendant Demers<br>Michigan Dep't of Attorney General<br>MDOC Division<br>P.O. Box 30217<br>Lansing, MI 48909<br>(517) 335-3055<br>farrellj@michigan.gov |

---

**Exhibit 1**

Affidavit of Ryan Akers

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

ANDREW LONGUSKI,

    Plaintiff,

v.

RYAN AKERS and
GARY DEMERS,

    Defendants.

NO. 2:19-cv-00190

HON. PAUL L. MALONEY

MAG. MAARTEN VERMAAT

_____/

### AFFIDAVIT OF RYAN AKERS

I, Ryan Akers, having been duly sworn, depose and say:

1. If sworn as a witness, I can testify competently and with personal knowledge to the facts contained within this affidavit.

2. I am currently employed by the Michigan State Police (MSP) as a trooper working at the Rockford Post.

3. I have been employed by the MSP since 2012.

4. I have reviewed the complaint in this matter, and I am familiar with its contents.

5. The incident giving rise to the allegations in the complaint took place on Mackinac Island late in the evening of Friday, May 19, 2018.

6. I was involved in an investigation concerning a suspected stolen bicycle and disorderly conduct.

7. I summarized my investigative observations and activities in MSP Incident Report No. 083-0000600-18. I wrote this report in the ordinary course of

my official duties. It is a fair, accurate, and contemporaneous summary of my investigative observations and activities. I swear to the truth of the contents of this report based upon the information known and available to me at the time the report was written.

8. At the times relevant for purposes of the complaint, several facts supported probable cause, including but not limited to the following:

(a) Around 11:30 p.m., I observed Plaintiff riding behind another male (D/Sgt Derrick Jordan) on the back of a single person bicycle, which is a violation of Mich. Comp. Laws § 257.658.

(b) The bicycle was a ladies' bicycle in design, and purple in color with a pink seat.

(c) Plaintiff and Jordan displayed signs of intoxication.

(d) Mackinac Island Police Officer Cory Kaminen ran the bicycle registration and determined it belonged to a female employee of the Inn on Mackinac. Kaminen indicated suspicion that the bike was stolen because it belonged to a summer employee and the two individuals riding it appeared to be tourists.

(e) When I confronted Plaintiff and Jordan with suspicions about the ownership of the bike, they confirmed that they were police officers. They denied responsibility and became profane after I told them they should know better than to take a bicycle that did not belong to them. Both of them challenged my authority, attempted to minimize what had occurred, and insinuated that I should drop the matter.

(f) Jordan told me that a "friend" lent him the bike but he avoided my questions about who this friend was.

(g) An employee of the Pink Pony advised me that she was working the front door and saw Plaintiff and Jordan get on the bike and ride away. She heard them and their friends joking about where to go and whether they were stealing the bike.

(h) At about 2:00 a.m., I could hear Plaintiff and his group leave Horns Bar when it closed. They appeared highly intoxicated and used frequent profanity I could hear from a block away.

(i) I spoke with the bicycle's registered owner (on May 19, 2018, after the incident) and she confirmed she had not loaned the bicycle to anyone or given anyone permission to use it. She also told me she paid $50 for the bike in 2015.

9. My supervisor at the time, Sgt. Gary Demers, prepared a supplemental report and a two-count misdemeanor warrant request for (1) larceny under $200 in violation of Mich. Comp. Laws § 750.3565 and (2) disturbing the peace in violation of Mich. Comp. Laws § 750.170.

10. The Mackinac County Prosecutor's Office approved the warrant request on May 22, 2018.

11. On September 24, 2018, the prosecutor moved for orders of nolle prosequi and dismissed all charges without prejudice. According to the prosecutor, plaintiff's actions may have been a violation of multiple Mackinac Island misdemeanor ordinances. "The Prosecution dismisses and refers the case back to Mackinac Island for appropriate actions." (9/24/18 Order of Nolle Prosequi, Ex. A.)

Date: 17 Dec 2019

_____
Ryan Akers
Michigan State Police

Subscribed and sworn to before me, a Notary Public,

on the 17th day of December, 2019

_____
Notary Public
Muskegon County, Michigan

My Commission Expires: 8-18-2023

DENNIS G QUINN
Notary Public - State of Michigan
County of Muskegon
My Commission Expires Aug 18, 2023
Acting in the County of Muskegon

3

EXHIBIT A


FILED
SEP 21 2018
92nd District Court
ST PROBATE DSM CODE SNOL

2018000170 HA
Approved, SCAO

Original - Court — 1st copy - Prosecutor
2nd copy - Defendant/Juvenile — 3rd copy - Policy Agency

**STATE OF MICHIGAN**
**92nd JUDICIAL DISTRICT**
**11TH JUDICIAL CIRCUIT**

**MOTION/ORDER OF NOLLE PROSEQUI**

CASE NO.: 2018000170
DISTRICT: 18-135-SM
CIRCUIT: 18-135-SM

District Court ORI: MI490015J
100 S. Marley Street, Saint Ignace, MI 49781  906-643-7321
Police Report No. 00M83 83-600-18

Circuit Court ORI: MI490025J
100 S. Marley Street Saint Ignace, MI 49781  906-643-7300

THE PEOPLE OF THE STATE OF MICHIGAN

v

Defendant/Juvenile's name, address, and telephone no.
**DERRICK LAMAR JORDAN**
WAYNE, MI

CTN / TCN: 49-18000170-01 /
SID:
DOB: 1972

[ ] Juvenile    In the matter of

| COUNT | CRIME | CHARGE CODE(S) |
|---|---|---|
| 001 | LARCENY - LESS THAN $200.00 | 750/3565 |
| 002 | DISTURBING THE PEACE | 750/170 |

**Motion**

_____J. Stuart Spencer_____ prosecuting official, moves for a nolle prosequi in this case for the following reason(s):

Based on additional information and further review of the incident, the Prosecution has determined that the Defendant's actions maybe a violation of multiple Mackinac Island Misdemeanor Ordinances. The Prosecution dismisses and refers the case back to Mackinac Island for appropriate actions.

09/20/2018
Date

Prosecuting Official        P45315

**ORDER**

**IT IS ORDERED:**

[✓] 1. Motion for nolle prosequi is granted and the case is dismissed without prejudice.
[ ] 2. Motion for nolle prosequi is granted as to the following charge(s) which are dismissed without prejudice.

_____

[ ] 3. Motion for nolle prosequi is denied.
[ ] 4. Defendant shall be immediately discharged from confinement in this case.
[ ] 5. Bond, if posted, is cancelled and shall be returned after costs are deducted.
[ ] 6. Bond/Bail is continued.
[ ] 7. If item 1 is checked, the arresting agency shall destroy the fingerprints and arrest card according to law.

9-24-18
Date

Judge/Magistrate BETH A. GIBSON  Bar no. P45659

If item 1 is checked the clerk of the court shall advise the Michigan State Police Criminal Justice Information Center of the disposition as required under MCL789.16a.

TO THE DEFENDANT: Your fingerprints and arrest card will be destroyed by the Michigan State Police within 60 days of the date of this order when permitted by MCL 28.243.

MC 283/(5/07) MOTION/ORDER OF NOLLE PROSEQUI        MCL 28.243, MCL787.29, MCL 789.16A, MCR 3.936(D)

FILED
SEP 21 2018
92nd District Court
ST. IGNACE, MI 49781
PROBATE OSM CODE: NOL

2018000171 HA
Approved, SCAO

Original - Court
1st copy - Prosecutor

2nd copy - Defendant/Juvenile
3rd copy - Policy Agency

**STATE OF MICHIGAN**
**92nd JUDICIAL DISTRICT**
**11TH JUDICIAL CIRCUIT**

District Court ORI: MI490015J
100 S. Marley Street, Saint Ignace, MI 49781  906-643-7321
Police Report No. 00M83 83-600-18

**MOTION/ORDER OF NOLLE PROSEQUI**

CASE NO.: 2018000171
DISTRICT: 18-136-SM
CIRCUIT: 18-136-SM

Circuit Court ORI: MI490025J
100 S. Marley Street Saint Ignace, MI 49781  906-643-7300

THE PEOPLE OF
THE STATE OF MICHIGAN

v

Defendant/Juvenile's name, address, and telephone no.
ANDREW PAUL LONGUSKI
MIDLAND, MI

CTN / TCN: 49-18000171-01 / RA18201903T
SID: [redacted]
DOB: [redacted] 1967

[ ] Juvenile   In the matter of

| COUNT | CRIME | CHARGE CODE(S) |
|---|---|---|
| 001 | LARCENY - LESS THAN $200.00 | 750/3565 |
| 002 | DISTURBING THE PEACE | 750/170 |

**Motion**

_____ J. Stuart Spencer _____ prosecuting official, moves for a nolle prosequi in this case for the following reason(s):

Based on additional information and further review of the incident, the Prosecution has determined that the Defendant's actions maybe a violation of multiple Mackinac Island Misdemeanor Ordinances. The Prosecution dismisses and refers the case back to Mackinac Island for appropriate actions.

09/20/2018
Date

Prosecuting Official     P45315

**ORDER**

**IT IS ORDERED:**

[X] 1. Motion for nolle prosequi is granted and the case is dismissed without prejudice.
[ ] 2. Motion for nolle prosequi is granted as to the following charge(s) which are dismissed without prejudice.

_____

[ ] 3. Motion for nolle prosequi is denied.
[ ] 4. Defendant shall be immediately discharged from confinement in this case.
[ ] 5. Bond, if posted, is cancelled and shall be returned after costs are deducted.
[ ] 6. Bond/Bail is continued.
[ ] 7. If item 1 is checked, the arresting agency shall destroy the fingerprints and arrest card according to law.

9-24-18
Date

Judge/Magistrate BETH A. GIBSON   Bar no. P45659

If item 1 is checked the clerk of the court shall advise the Michigan State Police Criminal Justice Information Center of the disposition as required under MCL 789.16a.

TO THE DEFENDANT: Your fingerprints and arrest card will be destroyed by the Michigan State Police within 60 days of the date of this order when permitted by MCL 28.243.

MC 283/(5/07) MOTION/ORDER OF NOLLE PROSEQUI               MCL 28.243, MCL787.29, MCL 789.16A, MCR 3.936(D)