UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

ANDREW LONGUSKI,

  Plaintiff,

              No. 2:19-cv-00190

v

              HON. PAUL L. MALONEY

RYAN AKERS and
GARY DEMERS,         MAG. MAARTEN VERMAAT

  Defendants.

---

| | |
|---|---|
| Julie A. Gafkay | John G. Fedynsky (P65232) |
| Attorney for Plaintiff | Andrew Jurgensen (P81123) |
| Gafkay Law, PLC | Assistant Attorneys General |
| 175 S. Main Street | Attorneys for Defendant Akers |
| Frankenmuth, MI 48734 | Michigan Dep't of Attorney General |
| (989) 652-9240 | State Operations Division |
| jgafkay@gafkaylaw.com | P.O. Box 30754 |
| P58680 | Lansing, MI 48909 |
| | fedynskyj@michigan.gov |
| | froehlichj1@michigan.gov |
| | |
| | James T. Farrell (P35400) |
| | Assistant Attorney General |
| | Attorney for Defendant Demers |
| | Michigan Dep't of Attorney General |
| | MDOC Division |
| | P.O. Box 30217 |
| | Lansing, MI 48909 |
| | (517) 335-3055 |
| | farrellj@michigan.gov |

---

**Exhibit 2**

MSP Incident Report (redacted)

| **MICHIGAN DEPARTMENT OF STATE POLICE** | **ORIGINAL DATE:**<br>Sat, May 19, 2018 | | **INCIDENT NO:**<br>083-0000600-18 |
|---|---|---|---|
| **ORIGINAL INCIDENT REPORT** | **TIME RECEIVED:**<br>1749 | | **FILE CLASS:**<br>23007 |
| | **WORK UNIT:**<br>MSP ST IGNACE POST | | **COUNTY:**<br>MACKINAC |
| **COMPLAINANT:**<br>PATROL | | | **TELEPHONE NO:** |
| **ADDRESS: STREET AND NO:**<br>430 N I75 EXPY | **CITY:**<br>SAINT IGNACE | | **STATE:**<br>MI  **ZIP CODE:**<br>49781 |
| **INCIDENT STATUS:**<br>OPEN | | | |

# LARCENY OF BICYCLE/DISORDERLY CONDUCT

**SUMMARY:**

I stopped a bicycle for a civil infraction and safety concerns. An investigation showed the bicycle belonged to Simona Rankova, an employee at The Inn on Mackinac, and had been stolen by D/Sgt. Derrick Jordan and D/F/Lt. Andrew Longuski from the Michigan State Police. During this encounter both suspects gave signs of being intoxicated. After discussion with D/Sgt Gary Demers (acting St Ignace Post Commander), I am submitting this report to the Mackinac County Prosecutor and requesting review for charges of larceny and disorderly conduct.

Of note, Ofc Kaminen from MIPD also wrote a report; the number is 18-34.

**VENUE:**

MACKINAC COUNTY, 6896 MAIN ST, MACKINAC ISLAND, MI,          AT OR NEAR: INN ON MACKINAC

**DATE & TIME:**

ON OR AFTER: FRI, MAY 18, 2018 AT 2330

**COMPLAINANT:**

Patrol: Trooper Ryan Akers (primary/investigating), Ofc Cory Kaminen and Ofc Kurtis Morin (assisting)

**INITIAL OBSERVATION/TRAFFIC STOP:**

While observing traffic on Main St, I observed two men exit the Pink Pony. These men were later identified as D/Sgt. Jordan and D/F/Lt. Longuski, although I didn't recognize them at the time. D/Sgt Jordan got on a bike that was parked at the curb, and D/F/Lt. Longuski got on behind him. They then rode down the street toward Horn's Bar. The bike only had one seat, so they were violating MCL 257.658.

I rode down after them and caught up to them as they approached Horns. I said, "Guys, you can't ride double. That's actually Michigan law." Both jumped off, letting the bike fall to the road (it fell on its left side). They

| **PAGE:**<br>1 of 6 | **INVESTIGATED BY:**<br>AKERS, RYAN, 1618, TROOPER | **INVESTIGATED BY:** | **REVIEWED BY:** |
|---|---|---|---|

PRINTED: 9/25/2019 12:23

| **MICHIGAN DEPARTMENT OF STATE POLICE** | ORIGINAL DATE:<br>Sat, May 19, 2018 | | INCIDENT NO:<br>083-0000600-18 |
|---|---|---|---|
| **ORIGINAL INCIDENT REPORT** | TIME RECEIVED:<br>1749 | | FILE CLASS:<br>23007 |

apologized, saying they didn't realize it was the law. D/F/Lt. Longuski asked me, "What post are you from?" I told him Rockford Post, and made a joking comment about the bike, which was purple with a pink seat. Some of the group they had been with at the Pink Pony walked up and were laughing at them. It was readily apparent that both D/Sgt Jordan and D/F/Lt. Longuski were intoxicated. The bike was still laying in the roadway, so I asked them to park it at the curb, which one of them did. They both then went into Horns Bar, and I rode away.

Ofc Kurtis Morin was further behind me during this interaction and spoke with some of the rest of the group, who laughingly told him the two men I stopped were troopers.

**INVESTIGATION/DETERMINE BICYCLE WAS STOLEN:**

Ofc Cory Kaminen witnessed the incident from a short distance away and became suspicious when he saw a Mackinac Island bicycle registration on the bike in question ▇▇▇▇▇▇. He went back to the police department and ran the registration, learning it belonged to Simona Rankova, an employee of The Inn on Mackinac. He contacted me via cell phone and said he suspected the bike had been stolen because the two individuals on the bike appeared to him to be tourists and the bicycle belonged to a summer employee.

I asked Ofc Morin to keep an eye on the bicycle. I then went down and found Ms Rankova in room ▇▇ of ▇▇▇▇▇▇▇ on Main St. She said she had just left work (she is a concierge at ▇▇▇▇▇▇▇▇▇) about 15 minutes prior to my conversation with her and when she came out, her bicycle was missing. Her bicycle had been left parked at the curb on Main St outside the hotel. She confirmed she had not loaned it to anyone or given anyone permission to use it.

Also, note that I spoke with Ms. Rankova again on 5-19-18 (after the incident). She confirmed she had purchased the bicycle for $50 back in 2015 during her first season working on the island. She also pointed out the left pedal was broken, which it had not been when she last saw it. Ms. Rankova said it wouldn't cost anything to fix it as the hotel had a maintenance shop and they would take care of it.

Based on the timeline given to me , Ms. Rankova had noticed her bicycle missing about 5 minutes before I saw D/Sgt Jordan and D/F/Lt Longuski riding it. However, she had been on a several hour shift at the front desk. It's hard to say when it was taken from the Inn on Mackinac during that time, and she didn't actually see anyone ride away on it.

**VICTIM:**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAM: | SIMONA RANKOVA | | | | | | |
| BIR: | | | | RAC: | White | ETH: | |
| NBR: | ▇▇▇ | DIR: | | SEX: | FEMALE | DL: | / |
| STR: | ▇▇▇ | | | DOB: | ▇▇/1992 | SSN: | |
| SFX: | ▇▇▇ | APT/LOT: | ▇▇ | HGT: | | SI: | / |
| CTY: | MACKINAC ISLAND | ST: | MI | WGT: | | FBI: | |
| TXH: | | ZIP: | ▇▇▇ | HAI: | | MNU: | |
| TXW: | | | | EYE: | | PR: | |
| EMPLOYER: INN ON MACKINAC | | | | | | | |

| PAGE:<br>2 of 6 | INVESTIGATED BY:<br>AKERS, RYAN, 1618, TROOPER | INVESTIGATED BY: | REVIEWED BY: |
|---|---|---|---|

| **MICHIGAN DEPARTMENT OF STATE POLICE** | ORIGINAL DATE:<br>Sat, May 19, 2018 | INCIDENT NO:<br>083-0000600-18 |
|---|---|---|
| **ORIGINAL INCIDENT REPORT** | TIME RECEIVED:<br>1749 | FILE CLASS:<br>23007 |

**RECONTACT SUSPECTS:**

I then met with Ofc Morin and Ofc Kaminen outside Horns and we discussed what to do. Ofc Morin said he believed the two suspects might be troopers or at least police officers based on what others in their group had said. We agreed that we would go into Horns and have them come outside the bar. If they were decent with us about it, Ofc Kaminen would write the city local ordinance "UDAB" civil infraction (unlawful driving away of a bicycle) and I would write them a state civil infraction for riding double on a bicycle (MCL 257.658). They would also have to agree to return the bike and return to their hotels for the night. If they refused to cooperate, we would charge them both with misdemeanor larceny less than $200.

We went to the door of Horns and both men were actually very near the door, so we motioned them out. I asked them both, "Are you cops?" They both answered, "Yes." I pointed to the bicycle and asked, "Then why are you stealing someone else's bicycle?" They both reacted and denied stealing a bicycle. We all three (Ofc Kaminen, Ofc Morin, and I) responded, "You were just riding double on that bike, and it belongs to an Island summer employee who did not give you permission to use it." I added, "If you are police officers, the bar is set much higher." Both D/Sgt Jordan and D/F/Lt Longuski dropped several curse words in this conversation--I specifically remember D/F/Lt Longuski saying, "I didn't steal dick." At this point we were on Main St outside Horns so I told everyone to come up to the police department with me to get away from the crowd.

On the way up they both told me who they were, and that they were here with the Polygraph Convention at Mission Point. Some of the group they were with followed us. D/F/Lt Longuski and D/Sgt Jordan demanded that I give them the courtesy of being police officers and told me I was blowing everything out of proportion. There was also the suggestion that I would hear about this later.

(Of note, Ofc Morin activated his body camera (body cam #4) once we got to the police department so some or all of this conversation should have been captured. This footage will be added to property once I obtain it.)

When we got to the police department, I explained to both of them I was pretty disappointed to see a Michigan State Police sergeant and lieutenant acting like irresponsible, entitled drunks. I pointed out the bike they took belonged to a foreign worker from Eastern Europe here on a visa. I told them if we had not recovered it she probably would have had to wait another paycheck or two before she could afford to replace it. Both D/Sgt Jordan and D/F/Lt Longuski asked me why they would steal a bike that they "wouldn't even buy"?

D/F/Lt Longuski was very confrontational and said, "If you are going to book me for possessing a stolen bike, let's go. Otherwise I'm going back to the bar." The group he was with started saying, "Andy, calm down." I asked him if he understood where I was coming from, that they were troopers acting in a way troopers are not expected to act, and that the bike he was on was not his. D/F/Lt Longuski said he understood, but said he had no knowledge of whose bike it was and was just riding with his friend, referring to D/Sgt Jordan. He said I needed to be careful and that I was disrespectful the way I called them out like I did. He asked if he was free to go, and I said he was. He then left with part of the group and walked back toward Horns.

D/Sgt Jordan was considerably calmer and I tried to find out where he got the bike from, since he had been the one in front and pedaling. He said, "My friend told me I could take this bike." I tried to ask him who that friend was but he distinctly avoided the question. I asked him if he rode this bike from Mission Point (where everyone was staying for the convention) and he said he didn't. He insisted a friend allowed him to ride the bike from the Pink Pony but wouldn't identify this friend. He then lectured me for a while about respecting other officers and giving them the "thin blue line" courtesy. He said since they were troopers I should expect they were doing the

| PAGE:<br>3 of 6 | INVESTIGATED BY:<br>AKERS, RYAN, 1618, TROOPER | INVESTIGATED BY: | REVIEWED BY: |
|---|---|---|---|

**MICHIGAN DEPARTMENT OF STATE POLICE**

ORIGINAL INCIDENT REPORT

| | |
|---|---|
| ORIGINAL DATE: Sat, May 19, 2018 | INCIDENT NO: 083-0000600-18 |
| TIME RECEIVED: 1749 | FILE CLASS: 23007 |

right thing and not be a "hard-ass." He said, "You won't work on Mackinac Island your whole career. If you try that attitude in an urban area it won't work." I merely insisted troopers are expected to act better than this. He said he would be willing to return the bike and apologize to the owner.

I finally said to D/Sgt Jordan, "Why we don't we return this bike then?" meaning I was taking him up on his offer to go back and apologize. He said, "Ok, let's go." He then walked off with the rest of his group and left me with the bike, apparently not meaning what he said about going and apologizing.

Ofc Morin made small talk with the rest of the group. One particular person (who refused to give his name or department) was very apologetic to Ofc Morin and called D/F/Lt Longuski and D/Sgt Jordan "dumb" and "idiots." Ofc Morin said he did ask if any of them knew where the bike came from, and was told D/Sgt Jordan had not ridden any kind of bike to the Pink Pony and they had no idea where that bike came from. I didn't get names or departments of anyone else involved. Ofc Morin said he got the impression that only one person another department and the rest were MSP, but he didn't get names either.

The reason I did not proceed immediately with enforcement action as I had originally intended was the identity of the suspects had been established, I could easily re-contact them if needed, and I did not want the situation to escalate further due to their increasing level of intoxication.

**SUSPECTS:**



NAM: ANDREW PAUL LONGUSKI
BIR:
NBR: ███         DIR: ██                 RAC: White        ETH:
STR: ████████                            SEX: MALE         DL: ████████
SFX: ███                                 DOB: ██/1967       SSN:
CTY: MIDLAND     ST: MI                   HGT: 5'10"        SI: ███████
TXH:             ZIP: ██                  WGT: 190          FBI:
TXW:                                      HAI: Gray         MNU:
EMPLOYER: MICHIGAN STATE POLICE          EYE: Blue         PR:

NAM: DERRICK LAMAR JORDAN
BIR:
NBR: ███         DIR:                     RAC: Black        ETH:
STR: █████                               SEX: MALE         DL: █████████
SFX: ███                                 DOB: ██/1972       SSN:
CTY: WAYNE       ST: MI                   HGT: 5'7"         SI: ███████
TXH:             ZIP: ████                WGT: 200          FBI:
TXW:                                      HAI: Black        MNU:
EMPLOYER: MICHIGAN STATE POLICE          EYE: Brown        PR:

**CONTACT ACTING POST COMMANDER:**

On 5-19-18 around 0004 (immediately after the suspects returned to the bar), I notified D/Sgt Gary Demers, the acting post commander for St Ignace, of the incident. Later in the day he re-contacted me and asked that I proceed with a report and enforcement action as I had intended prior to making contact with the suspects (see first paragraph under heading "recontact suspects").

| PAGE: 4 of 6 | INVESTIGATED BY: AKERS, RYAN, 1618, TROOPER | INVESTIGATED BY: | REVIEWED BY: |
|---|---|---|---|

| MICHIGAN DEPARTMENT OF STATE POLICE | ORIGINAL DATE:<br>Sat, May 19, 2018 | | INCIDENT NO:<br>083-0000600-18 |
|---|---|---|---|
| ORIGINAL INCIDENT REPORT | TIME RECEIVED:<br>1749 | | FILE CLASS:<br>23007 |

## INTERVIEW WITNESS:

I then went down to the Pink Pony and spoke with Porscha Tarsetti. She was working the front door when D/Sgt Jordan and D/F/Lt Longuski initially exited the Pony and got on the bike. She didn't know names, but from how she described who got on the bike, I was able to figure out who said and did what. According to Porscha, D/Sgt Jordan came out with D/F/Lt Longuski at the same time. D/Sgt Jordan said he was taking his "dad" home, laughing and joking. D/Sgt Jordan started walking one way, and D/F/Lt Longuski yelled, "Hey idiot, home's this way!" D/Sgt Jordan then went and got on the purple bicycle in question, saying, "Here's my bike, come on." D/F/Lt Longuski then got on the back and they started riding away. The rest of the group came out, and Porscha specifically heard them saying, "You just stole that bike!" and "Where'd you get that bike?" She heard D/Sgt Jordan responding back that it was his bike. The group then began making jokes about a "black guy" and a "white guy" riding a stolen bike together. Porscha said she thought they were joking and she was laughing about it at the time. I specifically asked Porscha if anyone ever came out and appeared to give D/Sgt Jordan permission to use the bike, and she said no one did while she was sitting there.

## WITNESS:

NAM:   PORSCHA RAE TARSETTI
BIR:
NBR:   ▮▮▮▮▮          DIR:            RAC:   White      ETH:
STR:   ▮▮▮▮▮                          SEX:   FEMALE     DL:        /
SFX:   Street                        DOB:   ▮▮▮/1995   SSN:
CTY:   MACKINAC                                        
       ISLAND         ST:    MI      HGT:              SI:        /
TXH:                  ZIP:   ▮▮▮▮▮   WGT:              FBI:
TXW:                                 HAI:              MNU:
                                     EYE:              PR:
EMPLOYER: PINK PONY

## FURTHER OBSERVATION OF SUSPECTS:

I didn't have any personal contact with the group after that, but I observed the whole group, including D/Sgt Jordan and D/F/Lt Longuski, leave Horns Bar at 2AM when the bar closed. The group then walked down Main St, all obviously highly intoxicated, and with frequent use of profanity which I was able to hear from a block away.

## FURTHER INFORMATION REGARDING CHARGES:

Based on all of this, I believe someone else--an unknown person--stole the bike from The Inn on Mackinac earlier in the evening and rode it to the Pink Pony.

D/Sgt Jordan and D/F/Lt Longuski then came out of the Pink Pony and took the bicycle for their own use, stealing it a second time. The bicycle was moved and taken without the owner's permission. D/Sgt Jordan specifically said he received permission from a friend, but this appears to be a lie, as an employee of the Pink Pony who was completely sober at the time witnessed the incident. Never once did she hear permission being given from anyone to ride the bike, and in fact she heard D/Sgt Jordan being accused of stealing it. D/Sgt Jordan himself states he had not ridden on that bike prior to leaving the Pink Pony and when I saw him on it was the first time he rode it. This would indicate D/F/Lt Longuski would have known it was not D/Sgt Jordan's

| PAGE:<br>5 of 6 | INVESTIGATED BY:<br>AKERS, RYAN, 1618, TROOPER | INVESTIGATED BY: | REVIEWED BY: |
|---|---|---|---|

PRINTED: 9/25/2019 12:23

| **MICHIGAN DEPARTMENT OF STATE POLICE** | ORIGINAL DATE:<br>Sat, May 19, 2018 | INCIDENT NO:<br>083-0000600-18 |
|---|---|---|
| **ORIGINAL INCIDENT REPORT** | TIME RECEIVED:<br>1749 | FILE CLASS:<br>23007 |

bike, and the comments made about it being stolen were all said in his hearing according to the witness. Finally, both D/Sgt Jordan and D/F/Lt Longuski did not return the bike, despite having an opportunity to do so once I informed them it was stolen. They appeared to have no intention of returning it despite my suggestion to do so. It is reasonable to think Ms. Rankova would have been permanently deprived of her bike unless I had intervened.

Finally, their disorderly conduct consisted of their frequent use of profane language, their riding a bicycle in an unsafe manner, stealing a bicycle which is directly contradictory to their profession as troopers, and their lack of concern for others' safety in leaving the bicycle in the road. All of this behavior appeared to be directly related to their obvious intoxication.

I reviewed the driving and criminal history of both suspects. I did not see any criminal history for D/Sgt Jordan. D/F/Lt Longuski's driving history shows he was arrested for operating while intoxicated in 2012, and it appears he pled to operating while impaired. His criminal history printout does not reflect this information, however, so it may have been expunged.

**DISPOSITION OF STOLEN BICYCLE:**

Immediately after speaking with the suspects, I walked the bicycle back down to The Inn on Mackinac and left it with the night manager for Ms. Rankova to pick up in the morning. The bicycle is listed in eAICS as stolen/recovered/not in possession.

**FURTHER ACTION TO BE TAKEN:**

Ofc Morin's body camera footage will saved to a disc and added to property at future date.

**PHOTOGRAPHS:**

I took photographs of the bicycle in question and they have been uploaded to DCSR.

**CRIME VICTIM'S RIGHTS:**

I provided a UD-30 and my business card to Ms. Rankova.

**STOLEN/RECOVERED/NOT IN POSSESSION:**

Prop 0001 -Type: BICYCLE  Qty: 1  Article Type: Bicycle  Brand: Huffy  Model: MT. ECHO  Serial #: GB02AO41199  Misc #:   OAN: SIMONA  Value: $50.00  Recovered Value: $40.00
Descrp: PURPLE WOMEN'S FRAME 18-SPEED MOUNTAIN BIKE, W/PINK SEAT AND ORANGE TAG SAYING "SIMONA"
Date/Time Recovered: 05/18/2018

**STATUS:**

OPEN, warrant request submitted to the Mackinac County Prosecutor for larceny less than $200 and disorderly conduct

| PAGE:<br>6 of 6 | INVESTIGATED BY:<br>AKERS, RYAN, 1618, TROOPER | INVESTIGATED BY: | REVIEWED BY: |
|---|---|---|---|

PRINTED: 9/25/2019 12:23