*Longuski v Akers & Demers*
USDC-WD Case No. 2:19-cv-190

# INDEX OF EXHIBITS

Exhibit A   Trp Akers' Original Incident Report

Exhibit B   The Mackinac Island Police Department Report

Exhibit C   The 92nd District Court file 18-136-Sm relating to the criminal charges against plaintiff

Exhibit D   Affidavit of defendant D/Sgt Demers (and Demers' supplement to Akers' original incident report, which is attached to his Affidavit as Exhibit 1)