## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN
## NORTHERN DIVISION

ANDREW LONGUSKI,
    Plaintiff,

                              CASE NO.: 2:19-cv-190
                              HON.: Paul L. Maloney
                              Magistrate Maarten Vermaat

v.

RYAN AKERS in his individual capacity, and
GARY DEMERS in his individual capacity.
    Defendants.

---

JULIE A. GAFKAY (P53680)
GAFKAY LAW, PLC
Attorney for Plaintiff
175 S. Main Street
Frankenmuth, MI 48734
(989) 652-9240
jgafkay@gafkaylaw.com

JOHN G. FEDYNSKY (P65232)
JOSEPH T. FROEHLICH (P71887)
MICHIGAN DEPARTMENT OF
ATTORNEY GENERAL
Attorneys for Defendant Akers
State Operations Division
P.O. Box 30754
Lansing, MI 48909
(517) 335-7573
fedynskyj@michigan.gov
froehlichj1@michigan.gov

JAMES T. FARRELL (P35400)
MICHIGAN DEPARTMENT OF
ATTORNEY GENERAL
Attorney for Defendant Demers
MDOC Division
P.O. Box 30217
Lansing, MI 48909
(517) 335-3055
farrellj@michigan.gov

---

## EXHIBIT 1
## DISCIPLINE FOR AKERS

# MICHIGAN STATE POLICE
# OFFICIAL BULLETIN

**DATE:**        November 1, 2018

**TO:**           Department Members

**SUBJECT:**   Official Bulletin – Discipline Conference


1.  A discipline conference was held on September 11, 2018, to review charges of misconduct involving a trooper.

    The trooper was charged with violating Official Order No. 1, Article 4, Sections 4.5 and 4.8.  The charges alleged that:

    A department investigation established that the member shirked their duties when they failed to thoroughly investigate and sufficiently and accurately document what occurred while investigating a larceny and disorderly persons complaint.  As a result of these failures, an individual was arrested and charged for a crime he did not commit.

    As a result of the discipline conference, just cause for discipline was found based on a violation of the Official Order No. 1, Article 4, Sections 4.5 and 4.8.  A suspension of eight (8) days was issued.