# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN

ANDREW LONGUSKI,

    Plaintiff,                           NO. 2:19-190

v                                          HON. PAUL L. MALONEY

RYAN AKERS and GARY DEMERS,     MAG. MAARTEN VERMAAT

    Defendants.

---

**Julie A. Gafkay (P53680)**
Gafkay Law, PLC
Attorney for Plaintiff
604 S. Jefferson Avenue
Saginaw, MI 48607
(989) 652-9240
jgafkay@gafkaylaw.com

**John G. Fedynsky (P65232)**
**Joseph T. Froelich (P71887)**
Assistant Attorneys General
Attorneys for Defendant Akers
Michigan Dept. of Attorney General
State Operations Division
P.O. Box 30754
Lansing, MI 489909
(517) 335-7573
fedynskyj@michigan.gov
froeichj1@michigan.gov

**James T. Farrell (P35400)**
Assistant Attorney General
Attorney for Defendant Demers
Michigan Dept. of Attorney General
MDOC Division
P.O. Box 30217
Lansing, MI  48909
(517) 335-3055
farrellj@michigan.gov

                                                                                                             /

## MOTION TO PERMIT CORI BARKMAN TO WITHDRAW AS COUNSEL
## FOR DEFENDANT GARY DEMERS

    Gary Demers, defendant herein, by Dana Nessel, Attorney General for the

State of Michigan, and James T. Farrell, Assistant Attorney General, moves for an

order permitting former Assistant Attorney General Cori Barkman to withdraw as counsel of record for defendant Gary Demers because Governor Whitmer has appointed Ms. Barkman as Circuit Judge for the Clinton County Circuit Court.

WHEREFORE, the defendant respectfully requests entry of an order permitting former Assistant Attorney General Cori Barkman to withdraw as counsel of record for defendant Gary Demers.

Respectfully submitted,

DANA NESSEL
Attorney General

*/s/ James T/ Farrell*
James T. Farrell (P35400)
Assistant Attorney General
Attorney for Defendant Demers
MDOC Division
P.O. Box 30217
Lansing, MI  48909
517.335.3055

Dated: July 7, 2021                                    farrellj@michigan.gov

CERTIFICATE OF SERVICE

On July 7, 2021, I filed the foregoing document with the Clerk of the Court using the ECF system and sent a copy by U.S. Mail to all non-ECF parties.

*/s/ Terri J. Davis*
Terri J. Davis, Legal Secretary
Mich. Dept. of Attorney General
MDOC Division